Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DWAYNE J. NORTON,**

    **Plaintiff,**

vs.                                                   Case No. 4:05cv166-WS/WCS

**ALLAN KORNBLUM,**

    **Defendants.**

_____/

## O R D E R

Plaintiff, proceeding *pro se*, has filed a petition for writ of mandamus, doc. 1, and *in forma pauperis* motion, doc. 2, and a motion for an extension of time, doc. 3. No ruling will be made at this time on the *in forma pauperis* motion.

Plaintiff seeks a writ of mandamus, apparently, to direct a magistrate judge in this Court to "coerce" the judge to enter a ruling in another case. Doc. 1. Although a full review of the petition has not been made in light of the fact that the *in forma pauperis* motion remains pending, it appears that Plaintiff is objecting to an order by Judge Kornblum to submit a complaint on the appropriate forms. Doc. 1. It is possible that Plaintiff intended to file objections to the presiding district judge in that case rather than

dockets.Justia.com

institute a new case for which Plaintiff would be liable for another $250.00 filing fee.[1]  If so, Plaintiff is advised to file a notice of voluntary dismissal in *this* case to avoid his obligation to pay the $250.00.

Plaintiff's request to have that case heard more quickly is also somewhat confusing in that Plaintiff also requests an extension of time which would obviously delay the proceedings.  It is unclear, therefore, why Plaintiff would file a suit seeking to speed up a case and simultaneously request more time.  Plaintiff will be given an opportunity to clarify his intentions prior to assessing Plaintiff an obligation to pay $250.00 should his *in forma pauperis* motion be granted.

Accordingly, it is

**ORDERED:**

1.  Plaintiff shall have until **June 17, 2005**, to advise whether or not he intended to initiate this case or whether he intended to merely file objections to the assigned district judge in the other currently pending case.

2.  Ruling is **DEFERRED** on Plaintiff's *in forma pauperis* motion, doc. 2.

**DONE AND ORDERED** on May 18, 2005.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] There is no cost to Plaintiff to simply file objections to a judicial order.

Case No. 4:05cv166-WS/WCS