IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE J. NORTON,

       Plaintiff,

v.                                              4:05cv166-WS

ALLAN KORNBLUM,

       Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed June 30, 2005. The magistrate judge recommends that the plaintiff's petitions for writ of mandamus (docs. 1 & 6) be dismissed as frivolous. The plaintiff has filed objections (doc. 10) to the report and recommendation.

Upon review of the record in light of the plaintiff's objections, the court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The plaintiff's petitions for writ of mandamus (docs. 1 & 6) are DENIED.

3.  This case is DISMISSED as frivolous pursuant to 28 U.S.C. §§ 1915A(b) & 1915(e)(2)(B)(i), and the clerk shall note on the docket that this cause has been dismissed pursuant to 28 U.S. § 1915(e)(2)(B)(i).

DONE AND ORDERED this July 22, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE