**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DWAYNE J. NORTON,**

       **Plaintiff,**

vs.                                  **CASE NO.  4:05cv166-WS**

**ALLAN KORNBLUM,**

       **Defendants.**
_____/

# O R D E R

PART I.

(A)    Plaintiff has been permitted to proceed *in forma pauperis* in this action (or has filed a Motion to Proceed Without Prepayment of Fees, or a Consent Form construed as such) and has filed a Notice of Appeal.  Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24(a), this Court hereby certifies for the reasons stated below one of the following:

    ____    This appeal is taken in good faith and the plaintiff is otherwise entitled to proceed on appeal *in forma pauperis*; payment of the required $105.00 appellate filing fee shall be governed by PART II of this order; or

    __X__    This appeal is NOT taken in good faith; plaintiff is NOT entitled to proceed on appeal *in forma pauperis*; full prepayment of the $245.00 appellate filing fee shall be required; or

    ____    That plaintiff is not otherwise entitled to proceed on appeal *in forma pauperis*.

(B)    The reasons for this Court's decision are:

    __X__  Previously stated in this Court's Order dated **July 22, 2005** _____
    ____    Other: _____

PART II.

Pursuant to 28 U.S.C. § 1915 (as amended), and having reviewed the prisoner's account statement for the six-month period immediately preceding the filing of the Notice of Appeal, and consistent with the prisoner's signed CONSENT FORM (copy attached) authorizing payment of the required $245.00 appellate filing fee from the prisoner's inmate account, this Court:

    ___ directs the agency having custody of the prisoner ("the agency") to pay an initial partial filing fee in the amount of $ _____. The agency shall forward that amount from funds in the prisoner's inmate account to the District Court Clerk by check made payable to "Clerk, U.S. District Court" which bears the inmate's name and this court's case number. Further, the agency having custody of the prisoner is directed every month to withdraw twenty percent of the preceding month's income credited to the prisoner's inmate account and remit the amount to the District Court Clerk each time the amount in the account exceeds $10.00 until the total filing fee of $245.00 has been paid.

OR

    ___ determines that an initial partial filing fee shall not be imposed. The agency having custody of the prisoner is directed every month to withdraw twenty percent of the preceding month's income credited to the prisoner's inmate account and remit the amount to the District Court Clerk each time the amount in the account exceeds $10.00 until the total filing fee of $245.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court" and bear the inmate's name and this court's case number.

**DONE AND ORDERED** this August 17, 2005.


                    /s William Stafford
                    **WILLIAM STAFFORD**
                    **SENIOR UNITED STATES DISTRICT JUDGE**